UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TERESA D. GREEN,**

    **Plaintiff,**

    v.

**Civil Action 2:13-v-41**
**Judge Peter C. Economus**
**Magistrate Judge Elizabeth P. Deavers**

**CENTRAL OHIO TRANSIT AUTHORITY,** *et al.*,

    **Defendants.**

## ORDER

On March 28, 2013, Plaintiff filed a Witness List with the Court. (ECF No. 12.) The Court did not order Plaintiff to file her Witness List. Nor has she utilized the Witness List in a court proceeding. Plaintiff has thus violated Rule 5(d)(1), which provides in pertinent part that "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses . . . must not be filed until they are used in the proceeding or the court orders filing . . . ." Fed. R. Civ. P. 5(d)(1).

The Court, therefore, **STRIKES** ECF Number 12. Additionally, Plaintiff is **DIRECTED** to cease filing the types of documents set forth in Rule 5(d)(1) until they are used in a proceeding or the Court orders otherwise. The Court notes, however, that striking Plaintiff's Witness List from the docket "does not prevent [it] from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

**IT IS SO ORDERED.**

Date: March 29, 2013  /s/ *Elizabeth A. Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge